UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| E. JOYCE GLASGOW, | No. 08-35943 |
| Plaintiff - Appellant, | D.C. No. 2:08-cv-00410-CRD Western District of Washington, Seattle |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ORDER |
| Defendant - Appellee. | |

Before: GOULD and TALLMAN, Circuit Judges, and BENITEZ,[*] District Judge.

The memorandum disposition filed on December 29, 2009, is amended as follows: On page 3, line 14, replace <examiner> with <expert, Dr. McKnight>. On page 3, line 18, replace <examiner's> with <expert's>.

The panel has voted to deny the petition for panel rehearing and to deny the petition for rehearing en banc. The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35. The petition for panel rehearing and the

---

[*]       The Honorable Roger T. Benitez, United States District Judge for the Southern District of California, sitting by designation.

petition for rehearing en banc are DENIED.  No further petitions for rehearing or rehearing en banc shall be entertained.